IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Alan K. Pierce, | NO. C 10-02017 JW |
| Plaintiff(s), | **ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| Michael J. Astrue et al, | |
| Defendant(s). | |

The Clerk shall reassign this case to a Magistrate Judge for all purposes based on the parties' consent (Docket Item Nos. 5, 11).

Dated: July 1, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Harvey Peter Sackett hps@hpspc.com
Theophous H Reagans theophous.reagans@ssa.gov

**Dated:  July 1, 2010**                                                            **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**