1  MELINDA L. HAAG
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   THEOPHOUS H. REAGANS, SBN CA 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                 UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11

12  ALAN K. PIERCE,                    )
                                       )   CIVIL NO. 10-02017-PVT
13         Plaintiff,                  )
                                       )   STIPULATION AND ORDER RE EXTENSION
14            v.                       )   OF TIME TO FILE DEFENDANT'S CROSS-
                                       )   MOTION FOR SUMMARY JUDGMENT
15  MICHAEL J. ASTRUE,                 )
    Commissioner of                    )
16  Social Security,                   )
                                       )
17         Defendant.                  )
   _____)

18

19         IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

20  of the Court, that Defendant shall have a 45-day extension of time up and through January 7, 2011, in which

21  to e-file his Cross-Motion for Summary Judgment.  This extension is requested because counsel for

    Defendant needs additional time to review the case.
22
    ///
23
    ///
24
    ///
25
    ///
26
    ///
27
    ///
28
    ///

1   Dated: November 23, 2010                    /s/ Harvey P. Sackett
                                                (As authorized telephone on 11/23/2010)
2                                               HARVEY P. SACKETT
                                                Attorney for Plaintiff
3

4                                               MELINDA L. HAAG
                                                United States Attorney
5                                               LUCILLE GONZALES MEIS
                                                Regional Chief Counsel, Region IX
6

7   Dated: November 23, 2010         By:        /s/ Theophous H. Reagans
                                                THEOPHOUS H. REAGANS
8                                               Special Assistant United States Attorney

9   PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11

12  Dated: _____11/24/10_____        *Patricia V. Trumbull*
                                            PATRICIA V. TRUMBULL
13                                          United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2