HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN K. PIERCE, | Case No: 5:10-cv-02017-PSG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (7) days up through and including Monday, January 31, 2011 in which to e-file his Reply to Defendants Cross-Motion for Summary Judgment.  This extension is necessitated by recent staff changes, as well as the number of cases the firm presently has pending before this and other district courts that require briefing.

1

STIPULATION AND ORDER

1
2   MELINDA L. HAAG
    United States Attorney
3

4   Dated: January 24, 2011          /s/
5                                    THEOPHOUS H. REAGANS, JR.
                                     Special Assistant U.S. Attorney
6

7

8

9   Dated: January 24, 2011          /s/
                                     HARVEY P. SACKETT
10                                   Attorney for Plaintiff
                                     ALAN K. PIERCE
11

12

13  IT IS SO ORDERED.

14

15

16  Dated: January 25, 2011          *Paul S. Grewal* (signature)
                                     HON. PAUL S. GREWAL
17                                   United States Magistrate Judge

18
19
20
21
22
23
24
25
26
27
28

                                   2
STIPULATION AND ORDER