MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ALAN K. PIERCE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.: 5:10-CV-02017-PSG<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEY FEES |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have up to and including December 16, 2011, to file his response to Plaintiff's Motion for Attorney Fees. The response was originally due on November 28, 2011. Defendant miscalendared the due date for the response and needs the additional time to review the case and submit a response in this matter. Counsel for Defendant sincerely apologizes to the Court and to Plaintiff's counsel for any inconvenience caused by this delay.

///

///

Respectfully submitted,

Dated: December 2, 2011

*/s/ Harvey P. Sackett*
(As authorized via e-mail on 12/2/11 at 11:45 a.m)
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: December 2, 2011

MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ *Lynn M. Harada*
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

DATED:___12/5/2011_____

_____
THE HONORABLE PAUL S. GREWAL
United States Magistrate Judge

Stip. & ~~Prop.~~ Order for Extension; 10-CV-02017-PSG        2